UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-62383-DMM

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

CHI MAN CHANG, KAM HA CHANG,
JASON CHANG, and ZHANG
RESTAURANT, INC., d/b/a
WONTON GARDEN,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO ZHANG RESTAURANT, INC. ONLY

    The Parties, Plaintiff and Zhang Restaurant, Inc., by and through the undersigned counsel, hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties. The Parties respectfully request that the Court dismiss the case without prejudice as to Zhang Restaurant, Inc., subject to the right of either party to move within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

    Dated this 13th day of January, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/Glenn R. Goldstein, Esq.*<br>Glenn R. Goldstein, Esq.<br>Glenn R. Goldstein & Associates, PLLC<br>8101 Biscayne Blvd., Ste. 504<br>Miami, Florida 33138<br>Telephone: (305) 900-2373<br>E-mail: ggoldstein@g2legal.net<br>Florida Bar No.: 55873<br>Counsel for Plaintiff<br><br>*/s/Lauren N. Wassenberg, Esq.*<br>Lauren N. Wassenberg, Esq.<br>Lauren N. Wassenberg & Associates, P.A.<br>33 SE 4th St., Ste. 100<br>Boca Raton, FL 33432<br>Telephone: (561) 800-0405<br>E-mail: WassenbergL@gmail.com<br>Florida Bar No.: 34083<br>Counsel for Plaintiff | */s/Todd W. Shulby, Esq.*<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Defendant<br>Zhang Restaurant, Inc. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gleen R. Goldstein, Esq. and Lauren N. Wassenberg, Esq.

I HEREBY CERTIFY that on January 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By:   */s/Todd W. Shulby, Esq.*
       For Todd W. Shulby, P.A.