UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-62383-MIDDLEBROOKS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

CHI MAN CHANG, KAM HA CHANG,
JASON CHANG, and ZHANG RESTAURANT,
INC., d/b/a WONTON GARDEN,

    Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court in light of my Order granting Final Default Judgment, entered April 17, 2024 (DE 24), and my Order granting in part Plaintiff's Verified Application for Attorneys' Fees, entered May 17, 2024. (DE 27). In light of those two Orders, it is **ORDERED AND ADJUDGED**:

1) Final Judgment is entered in favor of Plaintiff, Rudolph Betancourt, and against Defendants, Chi Man Chang, Kam Ha Chang, and Jason Chang.

2) Plaintiff is entitled to his attorneys' fees, costs, and expert fees in the amount of **$7,740.72**. Such an amount represents $6,497.00 in attorneys' fees and $1,243.72 in costs.

3) By **October 21, 2024**, Defendant shall stake all necessary steps to bring their property into full compliance with the requirements set forth in the ADA and its implementing regulations, so that its property is fully accessible to disabled persons. Defendant must specifically remedy the following barriers to access:

### Exterior Accessible Routes

a. Providing a route within a site with changes in level in violation of 2010 ADAAG §§ 206, 206.2.2, and 302.2.
b. Failure to provide a compliant accessible route to the main entrance from the accessible parking in violation of 2010 ADAAG □ 206, 206.2.1, 206.4, and 404.1.

### Accessible Parking

c. Failure to provide a compliant accessible parking space in violation of ADAAG §§502, 502.1, and 502.2.
d. Failure to provide a compliant access aisle adjacent to the accessible parking space in violation of 2010 ADAAG §§502.3, 502.3.1, 502.3.3.

### Entrances

e. Failure to provide entrance door hardware that is operable with one hand in violation of 2010 ADAAG §§ 309.4 and 404.2.7.

4) This Court retains jurisdiction to enforce this Order, to enforce the Default Final Judgment, and to enforce the Order granting attorneys' fees and costs.

**SIGNED** in Chambers in West Palm Beach, Florida, this 20th day of May, 2024.

Donald M. Middlebrooks
United States District Judge

Cc: attorneys of record

Chi Man Chang, Kam Ha Chang
20430 NE 20th Court
Miami, FL 33179
PRO SE

Jason Chang
1322 North 30th Court
Hollywood, FL 33021
PRO SE