UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-62383-MIDDLEBROOKS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

CHI MAN CHANG, KAM HA CHANG,
JASON CHANG, and ZHANG RESTAURANT,
INC., d/b/a WONTON GARDEN,

    Defendants.
_____/

## CLOSING ORDER

THIS CAUSE comes before the Court in light of my Order granting Final Judgment in favor of Plaintiff Rudolph Betancourt and against Defendants Chi Man Chang, Kam Ha Chang, and Jason Chang. (DE 28).

Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Clerk of Court **SHALL CLOSE** this case.

2) All pending motions **ARE DENIED** as moot.

**SIGNED** in Chambers in West Palm Beach, Florida, this 20th day of May, 2024.

                                  Donald M. Middlebrooks
                                  United States District Judge

Cc: attorneys of record

Chi Man Chang, Kam Ha Chang
20430 NE 20th Court
Miami, FL 33179
PRO SE

Jason Chang
1322 North 30th Court
Hollywood, FL 33021
PRO SE